## UNITED STATES *v.* MARSHALL & ILSLEY BANK STOCK CORP. ET AL.

No. 1017.   Decided May 22, 1967.

*Solicitor General Marshall, Assistant Attorney General Turner, Nathan Lewin, Howard E. Shapiro* and *Herbert G. Schoepke* for the United States.

*Maxwell H. Herriott* and *Louis Quarles* for appellees.

PER CURIAM.

The judgment is reversed.   Section 11 (e) of the Bank Holding Company Act of 1956, as amended, 80 Stat. 241; *United States* v. *First City National Bank of Houston,* 386 U. S. 361.